# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL C. McNEIL,<br><br>Defendant. | PO-19-5072-GF-JTJ<br><br>VIOLATION:<br>6563695<br>6563696<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the above citations are DISMISSED.

IT IS FURTHER ORDERED that the initial appearance scheduled for August 8, 2019 is VACATED.

DATED this 22nd day of July, 2019.

John Johnston
United States Magistrate Judge